JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
DANIELLE R. TEETERS, CSBN 210056
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:	(916) 321-4500
Facsimile:	(916) 321-4555

Attorneys for Defendant
PERFORMANT RECOVERY, INC., sued as
DIVERSIFIED COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC VALLETT,<br><br>          Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive,<br><br>          Defendants. | CASE NO.  C12-01210 EMC<br><br>[P~~RO~~POSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION<br><br>AND RESETTING FURTHER CMC |

Based on the stipulation of counsel, the mediation deadline is hereby extended by forty-five (45) days to December 13, 2012.  Further CMC is reset from 12/7/12 to 12/21/12 at 10:30 a.m. An updated joint CMC Statement shall be filed by 12/14/12.

Dated: 10/30/12  _____

_____
Judge Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1013302.1 12344.042                          - 1 -                          C12-01210 EMC

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION