G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
ERIC VALLETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALLETT<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>　　　　　Defendant. | Case No.: C12-01210 EMC<br><br>**NOTICE OF SETTLEMENT**<br><br>ORDER SETTING FURTHER CMC |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

RESPECTFULLY SUBMITTED,

DATED: November 8, 2012　　**PRICE LAW GROUP APC**
　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　Attorney for Plaintiff

IT IS SO ORDERED that the CMC set for 12/21/12 at 10:30 a.m. remains on calendar. Said hearing will be vacated once a stipulation for dismissal is filed.

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

NOTICE OF SETTLEMENT