G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
ERIC VALLETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALLETT<br><br>        Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>        Defendants. | **Case No.: C12-01210-EMC**<br><br>**JOINT CASE MANAGEMENT STATEMENT** ; ORDER RESETTING CMC TO 1/31/13<br><br>**Case Management Conference:**<br>Date:  December 21, 2012<br>Time:  10:30 a.m.<br>Courtroom:  5<br>Hon. Edward M. Chen |

## JOINT CASE MANAGEMENT STATEMENT

   Plaintiff, ERIC VALLETT, through counsel, requests the court to move the Case Management Conference referenced above to a date of its choosing in late January 2013.

RESPECTFULLY SUBMITTED,

Date: <u>December 14, 2012</u>          By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III, Esq.
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: 818-907-2030
Fax: 818-205-2730
Email: tom@plglawfirm.com
*Attorneys for Plaintiff*

Date: <u>December 14, 2012</u>          By: <u>/s/ Danielle R. Teeters</u>
Danielle R. Teeters, Esq.
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: 916- 321-4500
Fax: 916-321-4555
Email: dteeters@kmtg.com
*Attorneys for Defendant*

IT IS SO ORDERED that the CMC is reset from 12/21/12 to Thursday 1/31/13 at 10:30 a.m. An updated joint CMC statement shall be filed by 1/24/13.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen