UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALLETT,<br><br>        Plaintiff,<br><br>    v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>        Defendant. | Case No.  12-cv-01210-JST<br><br>**MINUTE ORDER REGARDING THE PARTIES' VOLUNTARY DISMISSAL OF THE CASE**<br><br>Re: Dkt. No. 40. |

    Plaintiff Eric Vallett and Defendant Diversified Collection Services, Inc. have advised the Court that they have agreed to a settlement of this cause, and have stipulated that Plaintiff's cause against Defendant and Does 1-10 should be dismissed with prejudice. Dkt. No. 40. The Court construes the parties' stipulation and proposed order as notice by Plaintiff that he is voluntarily dismissing his claims with prejudice. Under Rule 41(a)(1)(A)(ii) of the federal rules of civil procedure, since the stipulation of dismissal is signed by all parties who have appeared, the Plaintiff may dismiss the action without leave of court.

    Accordingly, no action by the Court is required on the motion. This action has been dismissed with prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: February 28, 2013

                                                                                    _____<br>
                                                                                     Jon S. Tigar<br>
                                                                                     United States District Judge

United States District Court<br>
Northern District of California